Maurice VerStandig, Esq.
Nevada Bar No.: 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone/Fax: (301) 444-4600
E-mail: mac@mbvesq.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM HERSHMAN, on behalf of himself and all others similarly situated, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No.: 2:21-cv-2245-CDS-BNW<br><br>**NOTICE OF FILING CONSENT TO JOIN OF DIANA TEETER** |

Come now Adam Hershman and Sumit Singh, on behalf of themselves and all other similarly situated, by and through undersigned counsel, and file the attached consent to join executed by Diana Teeter who, through this filing, is made a party to the above-captioned collective action.

Dated: April 5, 2023                              Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Nevada Bar No.: 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone/Fax: (301) 444-4600
E-mail: mac@mbvesq.com
*Attorney for Plaintiffs*

NOTICE OF FILING CONSENT TO JOIN OF DIANA TEETER - 1



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 5th day of April, 2023, I served the foregoing document upon counsel for the Defendant, listed below, via this Honorable Court's CM/ECF system:

Kenneth Hogan, Esq.
Hogan Hulet PLLC
10501 W. Gowan Road, Suite 260
Las Vegas, Nevada 89129
Email: ken@h2legal.com
*Attorney for the Defendant*

Jeffrey Hulet, Esq.
Hogan Hulet PLLC
10501 W. Gowan Road, Suite 260
Las Vegas, Nevada 89129
Email: jeff@h2legal.com
*Attorney for the Defendant*

/s/ Maurice B. VerStandig
Maurice B. VerStandig