DocuSign Envelope ID: 6278C368-4A86-4970-9485-1A3AFE728293

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HERSHMAN, on behalf of himself and all other similarly situated,<br><br>SUMIT SINGH, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>FULL SPECTRUM LASER LLC,<br><br>    Defendant. | Case No.: 2:21-cv-2245<br><br>**CONSENT TO JOIN** |

Pursuant to the Fair Labor Standards Act, I hereby give my consent to become a plaintiff in the above-captioned lawsuit, against Full Spectrum Laser LLC.

Specifically, I authorize the filing of this notice with the court, consent to the named plaintiffs herein acting as my agents, consent to the plaintiffs' counsel of record herein acting as my counsel, and acknowledge that I will be bound by the rulings and judgments of this Honorable Court.

Signature: *[DocuSigned by: CF6DAD73A2DE4EC...]*

Printed Name: Diana Teeter

E-mail Address: Dteeter615@gmail.com

Printed Address: 4726 Beaconsfield St

City, State and Zip: Las Vegas

Telephone Number: (215)888-1923

Date: 4/5/2023



CONSENT TO JOIN - 1