1  Maurice VerStandig, Esq.
   Nevada Bar No.: 15346
2  THE VERSTANDIG LAW FIRM, LLC
   1452 W. Horizon Ridge Pkwy, #665
3  Henderson, NV 89012
   Telephone: (301) 444-4600
4  Facsimile: (301) 444-4600
   Email:  mac@mbvesq.com
5  *Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ADAM HERSHMAN, on behalf of himself and all others similarly situated, *et al.* | Case No. 2:21-cv-2245-CDS-BNW |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

Come now Adam Hershman ("Mr. Hershman") and Sumit Singh ("Mr. Singh"), individually and on behalf of the collective of plaintiff herein (collectively, the "Plaintiffs"), and Full Spectrum Laser, LLC ("FSL" or the "Defendant"), by and through respective undersigned counsel, and by stipulation move this Honorable Court as follows:

While the parties are prepared to file a pre-trial statement in this case, they respect and appreciate that the Defendant has not yet had occasion to take post-class closure. The Plaintiffs equally believe that reopening discovery would be beneficial to all parties, even if only for a limited period of time, so as to permit a more detailed exploration of certain facts in a pre-trial posture.



1  Accordingly, the parties jointly move this Honorable Court to (i) reopen discovery in this
2 case, to and through a date sixty (60) days from the date of entry of an order approving this
3 stipulation; and (ii) direct the filing of a joint pre-trial order thirty (30) days after the close of
4 discovery.

Dated: February 21, 2025

| /s/ Maurice B. VerStandig | /s/ Jeffrey Hulet (signed w/ express permission) |
|---|---|
| Maurice VerStandig, Esq. | Jeffrey Hulet, Esq. |
| Nevada Bar No.: 15346 | Nevada Bar No. 10621 |
| THE VERSTANDIG LAW FIRM, LLC | Hogan Hulet PLLC |
| 1452 W. Horizon Ridge Pkwy, #665 | 10501 W. Gowan Road, Suite 260 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89129 |
| Telephone: (301)444-4600 | Telephone: (702) 800-5482 |
| Email:  mac@mbvesq.com | jeff@h2legal.com |
| *Attorney for the Plaintiffs* | *Attorney for Full Spectrum Laser LLC* |

**IT IS SO ORDERED.**

_____
**United States District/Magistrate Judge**

