Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
Email:  mac@mbvesq.com
*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HERSHMAN, on behalf of himself and all others similarly situated, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant. | Case No. 2:21-cv-2245-CDS-BNW<br><br>**NOTICE OF SETTLEMENT** |

Come now Adam Hershman and Sumit Singh, individually and on behalf of the collective of plaintiffs herein (collectively, the "Plaintiffs"), and give notice that the Plaintiffs and Full Spectrum Laser LLC (the "Defendant") have reached a settlement of this matter.

The Plaintiffs and the Defendant reasonably anticipate the settlement will result in the dismissal of this action, with prejudice, not later than thirty (30) days from the filing of this notice.

The Plaintiffs and Defendants accordingly ask this matter be stayed for a period of thirty (30) days, so as to allow for effectuation of the settlement between and amongst the parties hereto.

/
/
/



Dated: July 21, 2025

| | |
|---|---|
| /s/ Maurice B. VerStandig | /s/ Jeffrey Hulet (signed w/ express permission) |
| Maurice VerStandig, Esq. | Jeffrey Hulet, Esq. |
| Nevada Bar No.: 15346 | Nevada Bar No. 10621 |
| THE VERSTANDIG LAW FIRM, LLC | Hogan Hulet PLLC |
| 1452 W. Horizon Ridge Pkwy, #665 | 10501 W. Gowan Road, Suite 260 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89129 |
| Telephone: (301)444-4600 | Telephone: (702) 800-5482 |
| Email:  mac@mbvesq.com | jeff@h2legal.com |
| *Attorney for the Plaintiffs* | *Attorney for Full Spectrum Laser LLC* |

**IT IS SO ORDERED.**

_____
**United States District/Magistrate Judge**

