|   |   |
|---|---|
| 1 | Maurice VerStandig, Esq. |
|   | Nevada Bar No.: 15346 |
| 2 | THE VERSTANDIG LAW FIRM, LLC |
|   | 1452 W. Horizon Ridge Pkwy, #665 |
| 3 | Henderson, NV 89012 |
|   | Telephone: (301) 444-4600 |
| 4 | Facsimile: (301) 444-4600 |
|   | Email:  mac@mbvesq.com |
| 5 | *Attorneys for the Plaintiffs* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ADAM HERSHMAN, on behalf of himself and all others similarly situated, *et al.* | Case No. 2:21-cv-2245-CDS-BNW |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| FULL SPECTRUM LASER LLC, | |
| Defendant. | |

Come now Adam Hershman ("Mr. Hershman") and Sumit Singh ("Mr. Singh"), individually and on behalf of the collective of plaintiff herein (collectively, the "Plaintiffs"), and Full Spectrum Laser, LLC ("FSL" or the "Defendant"), by and through respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to dismiss the above-captioned action, *with prejudice*.

/

/

/

/

/



Dated: August 17, 2025

| /s/ Maurice B. VerStandig | /s/ Jeffrey Hulet (signed w/ express permission) |
|---|---|
| Maurice VerStandig, Esq. | Jeffrey Hulet, Esq. |
| Nevada Bar No.: 15346 | Nevada Bar No. 10621 |
| THE VERSTANDIG LAW FIRM, LLC | Hogan Hulet PLLC |
| 1452 W. Horizon Ridge Pkwy, #665 | 10501 W. Gowan Road, Suite 260 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89129 |
| Telephone: (301)444-4600 | Telephone: (702) 800-5482 |
| Email: mac@mbvesq.com | jeff@h2legal.com |
| *Attorney for the Plaintiffs* | *Attorney for Full Spectrum Laser LLC* |

**IT IS SO ORDERED.**

_____
**United States District/Magistrate Judge**

