1  Maurice VerStandig, Esq.
   Nevada Bar No.: 15346
2  THE VERSTANDIG LAW FIRM, LLC
   1452 W. Horizon Ridge Pkwy, #665
3  Henderson, NV 89012
   Telephone: (301) 444-4600
4  Facsimile: (301) 444-4600
   Email:  mac@mbvesq.com
5  *Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HERSHMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>FULL SPECTRUM LASER LLC,<br><br>Defendant | Case No. 2:21-cv-2245-CDS-BNW<br><br>**STIPULATION OF DISMISSAL** |

Come now Adam Hershman ("Mr. Hershman") and Sumit Singh ("Mr. Singh"), individually and on behalf of the collective of plaintiff herein (collectively, the "Plaintiffs"), and Full Spectrum Laser, LLC ("FSL" or the "Defendant"), by and through respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to dismiss the above-captioned action, *with prejudice*.



1  Dated: August 17, 2025

2  /s/ Maurice B. VerStandig                              /s/ Jeffrey Hulet (signed w/ express permission)
   Maurice VerStandig, Esq.                               Jeffrey Hulet, Esq.
3  Nevada Bar No.: 15346                                  Nevada Bar No. 10621
   THE VERSTANDIG LAW FIRM, LLC                           Hogan Hulet PLLC
4  1452 W. Horizon Ridge Pkwy, #665                       10501 W. Gowan Road, Suite 260
   Henderson, Nevada 89012                                Las Vegas, Nevada 89129
5  Telephone: (301)444-4600                               Telephone: (702) 800-5482
   Email:  mac@mbvesq.com                                 jeff@h2legal.com
6  *Attorney for the Plaintiffs*                          *Attorney for Full Spectrum Laser LLC*

7
   Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

   _____
   **United States District Judge**

   Dated: August 19, 2025